# For information ONLY:

# Case #: 3:06cv-282-H

# Date filed: 10/4/07

# Document(s) filed, but NOT SCANNED:

Supplemental Exhibits 7-13
(one binder) - Location - in brown
folder on pending shelf.